IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:19-CR-229 |
| vs. | ORDER |
| LUIS MARIA-AGUADO, | |
| Defendant. | |

IT IS ORDERED:

1. The government's unopposed motion to continue trial (filing 40) is granted.

2. The above-captioned criminal case is set for a jury trial before the undersigned judge in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE, commencing at 9:15 a.m. on Monday, September 14, 2020, or as soon thereafter as the case may be called.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between today's date and September 14, 2020, shall be deemed excludable time in any computation of time under

the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Failure to object to this order will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 2nd day of July, 2020.

                          BY THE COURT:

                          *John M. Gerrard*
                          John M. Gerrard
                          Chief United States District Judge